IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILTON INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 07 C 6560 |
| v. | ) | |
| | ) | Judge Kendall |
| HELEN OF TROY LIMITED, | ) | |
| | ) | Magistrate Judge Schenkier |
| Defendant. | ) | |

### LR 3.2 NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT

Plaintiff Wilton Industries, Inc, by and through its counsel, pursuant to LR3.2 discloses the following:

1. Wilton Industries, Inc. is a wholly owned subsidiary of Wilton Products, Inc.

2. Wilton Products, Inc. is a wholly owned subsidiary of Wilton Holdings, Inc.

3. Wilton Holdings, Inc. is a wholly owned subsidiary of Wilton Group, Inc.

4. Wilton Group, Inc. is a wholly owned subsidiary of Wilton Properties, Inc.

5. Wilton Properties, Inc. is a wholly owned subsidiary of Wilton International Holdings, LLC.

6. The members of Wilton International Holdings, LLC are:

    (a) United Craft MS Brands, LLC, whose members are

        (i) Martha Stewart Living Omnimedia, Inc.

        (ii) United Craft Group Holdings, LLC, whose members are:

            (A) GTCR Fund VIII, L.P.

            (B) GTCR Fund VIII/B, L.P.

            (C) GTCR Co-Invest II, L.P.

(b)  W Rollover LLC

(c)  Bain & Company, Inc.

(d)  Squam Lake Investors VII, L.P.

(e)  Waban Investors III, L.P.

(f)  Bruce Bossidy

(g)  Steven Fraser

(h)  Christopher J. Skinner

(i)  Mary Merfeld

(j)  Thomas G. Kasvin

(k)  Kevin Fick

(l)  Dan Kochenash

(m)  Therese Clair

(n)  Rich Ezra

(o)  Delanie Cheatam

(p)  Maida Garabed

(q)  Paul Zakrzewski

(r)  Karin Sloan

(s)  Fred Hammond

(t)  Amy Reda

(u)  Virginia Joy Macdonell

(v)  Victor We-Tsung Wang

(w)  Marvin Oakes

(x)  David Ferreira

(y)     Eric Erwin

(z)     David Aldridge

(aa)    Karen Swinford

(bb)    Mike Glazik

(cc)    Patricia Jones

(dd)    Jerry Vetter

(ee)    Chuck Fennessy

(ff)    Karen Aspinall

(gg)    Kathy Buckley

(hh)    Deb Holtkamp

(ii)    Kimberly Watry

(jj)    Greg Trogstad

(kk)    William Mathews

(ll)    Jim Teml

(mm)    Brent Powell

(nn)    Keith Derr

(oo)    Larry Hermansen

(pp)    Carol Siegel

(qq)    Deb Tagtalianidis

(rr)    Pam Wheeler

(ss)    Colin Duncan

(tt)    David Menapace

                        Respectfully submitted,

                        WILTON INDUSTRIES, INC.


                        By: /s/ Gillian D. Madsen
                              One of its attorneys

Monica L. Thompson (ARDC #6181455)
R. Blake Johnston (ARDC #6239464)
Gillian D. Madsen (ARDC #6243405)
DLA PIPER US LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601
(312) 368-4000
Fax: (312) 236-7516