IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILTON INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07 C 6560 |
| v. ) | |
| ) | Judge Kendall |
| HELEN OF TROY LIMITED, ) | |
| ) | Magistrate Judge Schenkier |
| Defendant. ) | |

**LR 3.4 NOTICE OF CLAIMS INVOLVING PATENT**

Plaintiff Wilton Industries, Inc, by and through its counsel, pursuant to LR3.4 discloses the following:

**Names and Addresses of the Parties:**

Plaintiff: Wilton Industries, Inc., whose principal place of business is located at 2240 West 75th Street, Woodridge, Illinois 60517.

Defendant: Helen of Troy Limited, whose principal executive offices are located at Clarendon House, Church Street, Hamilton Bermuda, and whose United States operations are headquartered at 1 Helen of Troy Plaza, El Paso, Texas, 79912.

**Name of the Inventor:**

Mark C. Naden

**Designating Number of the Patent Upon Which The Action Has Been Brought:**

US 7,225,952

Respectfully submitted,

WILTON INDUSTRIES, INC.

By: /s/ Gillian D. Madsen
    One of its attorneys

Monica L. Thompson (ARDC #6181455)
R. Blake Johnston (ARDC #6239464)
Gillian D. Madsen (ARDC #6243405)
DLA PIPER US LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601
(312) 368-4000
Fax: (312) 236-7516