# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>WILTON INDUSTRIES, INC.<br>v.<br>HELEN OF TROY LIMITED | Case Number: 07 C 6560<br>Judge Kendall<br>Magistrate Judge Schenkier |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WILTON INDUSTRIES, INC.

| | |
|---|---|
| **NAME (Type or print)**<br>Monica L. Thompson | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Monica L. Thompson | |
| **FIRM**<br>DLA PIPER US LLP | |
| **STREET ADDRESS**<br>203 North LaSalle Street, Suite 1900 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60601 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>06181455 | **TELEPHONE NUMBER**<br>(312) 368-4000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

American LegalNet, Inc.
www.USCourtForms.com