AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WILTON INDUSTRIES, INC., a Delaware corporation,

CASE NUMBER: **07 C 6560**

ASSIGNED JUDGE: **Honorable Judge Kendall**

DESIGNATED MAGISTRATE JUDGE: **Magistrate Judge Schenkier**

V.

HELEN OF TROY LIMITED, a Bermuda corporation.

TO: *HELEN OF TROY LIMITED*
Gerald J. Rubin
Chairman of the Board and Chief Executive Officer
Helen of Troy Limited
1 Helen of Troy Plaza
El Paso, TX 79912

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Monica L. Thompson
R. Blake Johnston
Gillian D. Madsen
DLA PIPER US LLP
203 N. LaSalle Street  Suite 1900
Chicago, Illinois 60601-1293

Phone: (312) 368-4000
Fax:   (312) 236-7516

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

NOV 21 2007

(By) DEPUTY CLERK                                              DATE

CHGO1\31123890.1

Wilton Industries, Inc., et. al. Plaintiff(s)
vs.
Helen of Troy Limited, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 086464-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Helen of Troy Limited, ATTN: Gerald J Rubin,
Chairman and CEO
Court Case No. 07 C 6560

DLA PIPER
Mr Terrence McReynolds
203 N. LaSalle St., Ste. 1900
Chicago, IL 60601-1293

State of: Texas ) ss.
County of: El Paso )

**Name of Server:** Sergio Martinez, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 26 day of Nov., 20 07, at 3:00 o'clock PM

**Place of Service:** at 1 Helen of Troy Plaza, in El Paso, TX 79912

**Documents Served:** the undersigned served the documents described as:
Summons; LR 3.4 Notice of Claims Involving Patent; Complaint for
Declaratory Judgment; Exhibits; LR 3.2 Notification of Affiliates -
Disclosure Statement

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Helen of Troy Limited, ATTN: Gerald J Rubin, Chairman and CEO

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Head legal Council Mr. Carson delivered in person

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color blonde ; Facial Hair beard/mustache
Approx. Age 52 ; Approx. Height 6'3" ; Approx. Weight 210

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 29 day of Nov, 20 07

*[signature]* Signature of Server

*[signature]* Notary Public 12/6/09 (Commission Expires)

APS International, Ltd.


ROSA CERVANTES
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires
DECEMBER 6, 2009