## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| WILTON INDUSTRIES, INC., | ) |
| | ) Civil Action No. 07 C 6560 |
| Plaintiff, | ) |
| | ) JURY REQUESTED |
| v. | ) |
| | ) Judge Kendall |
| HELEN OF TROY LIMITED, | ) Magistrate Judge Schenkier |
| | ) |
| Defendant. | ) |

### NOTICE OF AFFILIATES PURSUANT TO LOCAL RULE 3.2

Pursuant to Local Rule 3.2, Defendant HELEN OF TROY LIMITED states that the entit(ies) owning more than 5% of HELEN OF TROY LIMITED include:

HELEN OF TROY LTD
CLARENDON HOUSE
CHURCH STREET
HAMILTON BERMUDA D0

Dated:  December 17, 2007

Helen of Troy Limited


By   /s/ Joseph H. Herron
     An Attorney for Defendant


<u>Attorneys for Defendant</u>
Alan L. Unikel
Joseph R. Lanser
Joseph H. Herron
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois  60603
(312) 460-5000 (Telephone)
(312) 460-7000 (Facsimile)

CH2 20210789.1

2

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that he caused a true and correct copy of Helen of Troy's NOTICE OF AFFILIATES to be served upon Plaintiff's attorney via this Court's electronic filing service, this 17th day of December, 2007.

      Monica L. Thomspon
      R. Blake Johnston
      Gillian D. Madsen
      DLA PIPER US LLP
      203 N. LaSalle Street, Suite 1900
      Chicago, IL  60601
      (312) 368-4000
      (312) 236-7516 (Fax)

                                                /s/ Joseph H. Herron

CH2 20210789.1