**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Wilton Industries Inc
                    Plaintiff,

v.                                     Case No.: 1:07−cv−06560
                                            Honorable Virginia M. Kendall

Helen of Troy Limited
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 17, 2008:

      MINUTE entry before Judge Virginia M. Kendall : Status hearing held. Written discovery ordered closed 4/16/2008. Status hearing set for 4/17/2008 at 9:00 AM. Any position papers regarding how the discovery shall proceed due 4/14/08. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.