IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILTON INDUSTRIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | )   Civil Action No. 07 C 6560 |
| v. | ) |
| | ) |
| HELEN OF TROY LIMITED, | ) |
| | )   Judge Kendall |
| Defendant. | )   Magistrate Judge Schenkier |

## MOTION TO WITHDRAW

Gillian D. Madsen hereby moves this Court for leave to withdraw as counsel of record for Plaintiff/Counterdefendant Wilton Industries, Inc. ("Wilton"). Unrelated to this litigation, Ms. Madsen is leaving the DLA Piper US LLP law firm. Wilton is and continues to be represented by other counsel of record at DLA Piper US LLP. The undersigned is aware of no prejudice that will befall any party and believes no delay will be caused as a result of granting this motion.

                                                  Respectfully submitted,

                                                  By:   /s/ Gillian D. Madsen
                                                               Gillian D. Madsen

Dated: February 8, 2008

DLA Piper US LLP
203 N. LaSalle, Suite 1900
Chicago, IL, 60601
(312) 368-4000