**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WILTON INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 07 C 6560 |
| v. | ) | |
| | ) | |
| HELEN OF TROY LIMITED, | ) | |
| | ) | Judge Kendall |
| Defendant. | ) | Magistrate Judge Schenkier |

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that on Wednesday, February 13, 2008 at 9:00 a.m., or as soon thereafter as this motion may be heard, I shall appear before the Honorable Judge Kendall in the courtroom usually occupied by her, or any other judge sitting in her stead, in Room 2391 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present the attached **Motion to Withdraw**.

    Respectfully submitted,

By:    /s/ Gillian D. Madsen
       Gillian D. Madsen

Dated: February 8, 2008

DLA Piper US LLP
203 N. LaSalle, Suite 1900
Chicago, IL, 60601
(312) 368-4000