## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6560 | **DATE** | 2/11/2008 |
| **CASE TITLE** | Wilton Industries vs. Helen of Troy Liminted | | |

**DOCKET ENTRY TEXT**

Gillian D. Madsen's Motion to Withdraw [20] is granted. Ms. Madsen is ordered withdrawn as counsel of record for Plaintiff Wilton Industries Inc. The 2/13/08 presentment date for said motion is stricken; no appearance is required.

Notices mailed by Judicial staff;
Notice by telephone.

| | Courtroom Deputy Initials: | KW |
|---|---|---|