## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| WILTON INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  07 C 6560 |
| | ) | |
| v. | ) | |
| | ) | Judge Kendall |
| HELEN OF TROY LIMITED, | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

WILTON INDUSTRIES, INC. ("Plaintiff") and HELEN OF TROY LIMITED ("Defendant"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate and agree that the Complaint asserted by Plaintiff against Defendant, and all counterclaims asserted by Defendant against Plaintiff, be dismissed without prejudice, with each party to bear its own costs.

Dated:  May 12, 2008.

Respectfully submitted,

| | |
|---|---|
| _/s/ R. Blake Johnston_ | _/s/ Joseph H. Herron_ |
| Monica L. Thompson | Alan L. Unikel |
| R. Blake Johnston | Joseph R. Lanser |
| DLA PIPER US LLP | Joseph H. Herron |
| 203 North LaSalle Street, Suite 1900 | SEYFARTH SHAW LLP |
| Chicago, Illinois 60611 | 131 South Dearborn Street, Suite 2400 |
| (312) 368-4000 | Chicago, Illinois 60603 |
| Counsel for Plaintiff | (312) 460-5000 |
| | Counsel for Defendant |