UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Wilton Industries Inc
                              Plaintiff,

v.                                         Case No.: 1:07−cv−06560
                                                  Honorable Virginia M. Kendall

Helen of Troy Limited
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 12, 2008:

       MINUTE entry before Judge Honorable Virginia M. Kendall: The Court approves and enters the Stipulation of Dismissal [24]. Pursuant to Federal Rule of Civil Procedure 41(a)(1) and pursuant to the agreement reached by parties, this action is dismissed without prejudice with each side to bear its own costs. All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.